IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER BISTRIAN<br>v.<br><br>WARDEN TROY LEVI, et al. | :<br>:<br>: CIVIL CASE<br>: NO. 08-3010<br>:<br>: |

**FILED**

MAR 0 7 2016

MICHAEL E. KUNZ, Clerk
By_____Dep Clerk

### STIPULATION TO DISMISS DEFENDANT GARY REYNOLDS, M.D. AND COUNT IV OF PLAINTIFF'S THIRD AMENDED COMPLAINT

WHEREAS, the plaintiff, Peter Bistrian ("Plaintiff"), filed a Third Amended Complaint in the above-referenced litigation on February 9, 2015[1], against, *inter alia.,* the defendant, Gary Reynolds, M.D. ("Dr. Reynolds"); and,

WHEREAS, Plaintiff and Dr. Reynolds hereby stipulate and agree that:

(1) Dr. Reynolds shall be **DISMISSED** as a defendant from this lawsuit without prejudice;

(2) Count IV of the Third Amended Complaint against Dr. Reynolds alleging a Substantive Due Process Claim for Deliberate Indifference to Medical Needs under the Fifth Amendment shall be **DISMISSED** without prejudice;

(3) As a condition of this dismissal, Dr. Reynolds agrees to appear should any party in the case subpoena him to testify, provided the party that issues the subpoena reimburses Dr. Reynolds for travel expenses incurred for attendance at trial. Dr. Reynolds' counsel, Yvonne Montgomery, will accept service on his behalf;

(4) Dr. Reynolds agrees to be subject to the jurisdiction of the Court in which this case is pending with respect to all matters concerning a subpoena for his

---

[1] Plaintiff commenced this action by filing a Complaint on June 27, 2008. Prior to the Third Amended Complaint, Plaintiff filed amended complaints as follows; a First Amended Complaint filed on May 29, 2009; and, a Second Amended Complaint filed on July 31, 2009.

1

attendance at trial;

(5) All Parties agree that the dismissal of Defendant Reynolds and Count IV of the Third Amended Complaint is without prejudice to any of Plaintiff's claims against any other defendant and is otherwise without prejudice to any other claim in this case; and,

(6) The parties recognize that this stipulation requires approval by the Court in order to effect the aforesaid dismissal.

**So Stipulated:**

Richard Bazelon, Esquire
Bazelon Less & Feldman
One South Broad Street
Suite 1500
Philadelphia, PA 19107

Yvonne Barnes Montgomery, Esquire
Tucker Law Group, LLC
One Penn Center at Suburban Station
1617 John F. Kennedy Blvd
Suite 1700
Philadelphia, PA 19103

Benjamin Gialloreto, Esquire
1800 John F. Kennedy Blvd
Philadelphia, PA 19107

Dana Bazelon, Esquire
Law Offices of Dana Bazelon
One South Broad Street
Suite 1500
Philadelphia, PA 19107

Jeffrey M. Scott, Esquire
Carlton Johnson, Esquire
Jordan Fischer, Esquire
Archer & Greiner, P.C.
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA 19103

Genelle Franklin, Esquire
Naulty Scaricamazza and McDevitt, LLC
851 Route 73 North
Suite A
Marlton, NJ 08053

2

_____
Marcel S. Pratt, Esquire
Ballard Spahr, LLP
1735 Market Street, Fl. 51
Philadelphia, PA 19103

_____
Joseph Zaffarese, Esquire
Ahmad and Zaffarese, LLC
One South Broad Street – Suite 1810
Philadelphia, PA 19107

_____
Thomas Johnson, Esquire
Elizabeth Mattioni, Esquire
Paul Kaufman, Esquire
United States Attorney for the Eastern District of Pennsylvania
615 Chestnut Street, Suite 1500
Philadelphia, PA 19106

Approved: March 4, 2016
Hon. Cynthia M. Rufe, J.

**ENTERED**

**MAR 0 8 2016**

**CLERK OF COURT**