IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER BISTRIAN,**<br>       **Plaintiff,** | :<br>:<br>: |
|           v. | :    CIVIL ACTION NO. 08-cv-3010 |
| **WARDEN TROY LEVI, et al.**<br>       **Defendants.** | :<br>:<br>:<br>: |

# ORDER

**AND NOW**, this 24th day of March 2020, upon consideration of Plaintiff's Motion for Judgment as a Matter of Law as to Defendant James Gibbs [Doc. No. 385] and the responses and replies thereto, and Plaintiff's Motion for Judgment as a Matter of Law as to Defendant William Jezior [Doc. No. 386] and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motions are **DENIED**.

It is so **ORDERED**.

                                        **BY THE COURT:**

                                        **/s/ Cynthia M. Rufe**
                                        _____
                                        **CYNTHIA M. RUFE, J.**