IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER BISTRIAN,** | : |
|     **Plaintiff,** | : |
| | : |
| v. | :   **CIVIL ACTION NO. 08-3010** |
| | : |
| **WARDEN TROY LEVI,** *et al.*, | : |
|     **Defendants.** | : |

## JUDGMENT ORDER

**AND NOW**, this 21st day of August 2020, after a bench trial, and upon consideration of the parties' proposed findings of fact and conclusions of law [Doc. Nos. 478, 479, 484, 485], and for the reasons set forth in the Adjudication entered this date, it is hereby **ORDERED** that **Judgment is entered in favor of** Plaintiff Peter Bistrian and **against** the United States in the following amounts:

1. $251,340.81 for past costs of care;
2. $1,000,000.00 for future costs of care; and
3. $500,000.00 for pain and suffering;

for a total Judgment of **$1,751,340.81**.

It is further **ORDERED** that the Clerk is directed to **CLOSE** the case statistically.

It is so **ORDERED**.

                                        **BY THE COURT:**

                                        **/s/ Cynthia M. Rufe**

                                        **CYNTHIA M. RUFE, J.**