# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER BISTRIAN** | |
| **Plaintiff,** | |
| v. | **CIVIL ACTION NO. 08-3010** |
| **WARDEN TROY LEVI,** *et al.*, | |
| **Defendants.** | |

## ORDER

**AND NOW,** this 5th day of February 2021, upon consideration of Plaintiff's Motion for a New Trial as to Defendant Gibbs, Plaintiff's Motion to Compel United States to Review FBI Documents and to Produce Relevant Documents, and responses and replies thereto, and for the reasons explained in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Plaintiff's Motion for a New Trial [Doc. No. 462] is **GRANTED**. A scheduling conference will be ordered by the Court.

2. Plaintiff's Motion to Compel [Doc. No. 465] is **GRANTED in part** and **DENIED in part** as outlined in the accompanying Memorandum Opinion.

It is so **ORDERED.**

            **BY THE COURT:**

            /s/ Cynthia M. Rufe

            _____
            **CYNTHIA M. RUFE, J.**