IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER BISTRIAN,<br><br>        *Plaintiff,*<br><br>v.<br><br>WARDEN TROY LEVI, FDC PHILADELPHIA, et al.,<br><br>        *Defendants.* | Civil Action No. 08-cv-3010 (CMR) |

## WITHDRAWAL OF APPEARANCE

Kindly withdrawal the appearance of Paul W. Kaufman as co-counsel for the United States in the above captioned matter.

                                              Respectfully submitted,

                                              JACQUELINE C. ROMERO
                                              United States Attorney

                                              /s/ Paul W. Kaufman
                                              PAUL W. KAUFMAN
                                              Assistant United States Attorney
                                              615 Chestnut Street, Suite 1250
                                              Philadelphia, PA 19106-4476
                                              Paul.Kaufman2@usdoj.gov
                                              (215) 861-8579 (Phone)
                                              (215) 861-8618 (Fax)

Date: October 13, 2022

**CERTIFICATE OF SERVICE**

I, Paul W. Kaufman, certify that I have on this date filed the foregoing Withdrawal of Appearance electronically and it is available for viewing and downloading from the ECF System.

                                                                   _____
                                                                   PAUL W. KAUFMAN
                                                                   Assistant United States Attorney

Dated: October 13, 2022