IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER BISTRIAN,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**WARDEN TROY LEVI, FDC PHILADELPHIA**, *et al.*,<br><br>　　　　　　**Defendants.** | **CIVIL ACTION NO. 08-3010** |

**ORDER**

**AND NOW**, this 30th day of January 2023, upon consideration of Defendant United States' Motion for Reconsideration [Doc. No. 520], and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

It is further **ORDERED** that, upon consideration of Plaintiff's Motion for Leave to File a Reply in Excess of 10 Pages to the United States' Response to Plaintiff's Application for Attorneys' Fees and Expenses [Doc. No. 526], the Motion is is **GRANTED**, and Plaintiff's Reply in Support of his Application for Attorneys' Fees and Expenses [Doc. No. 527] is **DEEMED FILED**.[1]

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**

---

[1] The Court will issue a separate order ruling on the specific amount of monetary sanctions.