## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER BISTRIAN**<br><br>                    **Plaintiff,**<br><br>        **v.**<br><br>**WARDEN TROY LEVI, et al.**<br><br>                    **Defendants.** | **CIVIL ACTION NO. 08-3010** |

## <u>ORDER</u>

**AND NOW,** this 3rd day of December 2024, upon consideration of Plaintiff's Application for Attorneys' Fees and Expenses [Doc. No. 521] and Supplement to Plaintiff's Application for Attorneys' Fees and Expenses [Doc. No. 546], the accompanying declarations, and the responses thereto, it is hereby **ORDERED** that Plaintiff is awarded attorneys' fees and expenses in the amount of $227,852.44. Payment of this award shall be made to Bazelon Less & Feldman, P.C., within 30 days of the date of this Order.

As no issues among the parties remain to be adjudicated, the Court hereby enters final judgment for purposes of Federal Rule of Civil Procedure 58. The case remains **CLOSED**.

It is so **ORDERED.**

BY THE COURT:

 **/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**